# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00294-CV

**Texas Department of Public Safety, Appellant**

**v.**

**S. B. M., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-EX-09-000038, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The Texas Department of Public Safety has filed a Motion to Dismiss Appeal in which it states that it no longer wishes to appeal the order of expunction entered by the trial court. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed: July 29, 2009